IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                       Case No.: 13-CV-747

$48,040.00 UNITED STATES CURRENCY,

        Defendant.

---

ORDER FOR DEFAULT JUDGMENT

---

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *In Rem* against the defendant $48,040.00 United States Currency.

The complaint alleges that the defendant was money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*. As such, the defendant is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant. No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered against Seng T. Lay, Warren Eugene Wray, and Vanthong Hank Vakhonthap,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Seng T. Lay, Warren Eugene Wray, and Vanthong Hank Vakhonthap in the defendant, is conveyed to the Plaintiff, United States of America.

DATED: January 9, 2014

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 10th day of January 2014.

PETER OPPENEER, Clerk of Court
United States District Court